

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | | Logon |

**1222-AC12299 - JOHN ELSTON V GENERAL REVENUE CORPORATION (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending    Display Options: All Entries

| | |
|---|---|
| 09/06/2012 | **Hearing Scheduled**<br>**Scheduled For:** 11/01/2012;  9:30 AM ;  CALEA STOVALL-REID;  City of St. Louis<br>**Hearing Continued/Rescheduled**<br>**Hearing Continued From:** 09/13/2012;  9:30 AM Hearing |
| 08/20/2012 | **Summons Issued-Associate**<br>Document ID: 12-ADSM-10157, for GENERAL REVENUE CORPORATION. |
| 08/01/2012 | **Hearing Scheduled**<br>Associated Entries: 09/06/2012 - Hearing Continued/Rescheduled<br>**Scheduled For:** 09/13/2012;  9:30 AM ;  CALEA STOVALL-REID;  City of St. Louis<br>**Pet Filed in Associate Ct**<br>**Motion Special Process Server**<br>**Judge Assigned** |

Case.net Version 5.12.1.1.1            Return to Top of Page            Released 08/06/2012

**EXHIBIT A**



## IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division: CALEA STOVALL-REID | Case Number: 1222-AC12299 |
| Plaintiff/Petitioner: JOHN ELSTON  vs. | Plaintiff's/Petitioner's Attorney/Address: RICHARD ANTHONY VOYTAS Jr. 1 North Taylor St Louis, MO  63108 |
| Defendant/Respondent: GENERAL REVENUE CORPORATION | Date, Time and Location of Court Appearance: 13-SEP-2012, 09:30 AM Division 27 CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO  63101 |
| Nature of Suit: AC Other Tort | |

(Date File Stamp)

### Associate Division Summons

The State of Missouri to: GENERAL REVENUE CORPORATION
Alias:
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

SPECIAL PROCESS SERVER

COURT SEAL OF CITY OF ST LOUIS

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

August 20, 2012
Date

M. Jane Schweitzer
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server                _____ Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)  Subscribed and sworn to before me on _____ (date).
My commission expires: _____
Date                                      Notary Public

### Sheriff's Fees, if applicable

Summons      $_____
Non Est      $_____
Mileage      $_____ (_____ miles @ $_____ per mile)
Total        $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM20 (ADSM) *For Court Use Only:* Document ID# 12-ADSM-10157    1 of 1    517.041 RSMo



FILED
AUG - 1 2012
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

IN THE CIRCUIT COURT
ASSOCIATE DIVISION
FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

JOHN ELSTON )
 )
    Plaintiff, )
 )
v. )
 ) CASE NO. 1222-AC12299
GENERAL REVENUE CORPORATION )
 )
Serve at: )
CT Corporation System )
120 South Central Avenue )
Clayton, MO  63105 )
 )
    Defendant. ) JURY TRIAL DEMANDED

## PETITION

COMES NOW, Plaintiff, John Elston, and for his Petition states as follows:

### INTRODUCTION

1. This is an action for statutory damages brought by an individual consumer for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

### JURISDICTION AND VENUE

2. This Court has jurisdiction of the TCPA claim under 47 USC 227 (3)(b). Venue is appropriate in this Court because Defendant placed prohibited telephone calls to Plaintiff at Plaintiff's cellular phone located in the City of St. Louis, Missouri.

### PARTIES

3. Plaintiff is a natural person currently residing in the City of St. Louis, Missouri.

4. Plaintiff maintains and pays monthly charges for a personal cellular telephone with a telephone number ending with 2276.

1

5. Defendant is a foreign corporation registered to do business in Missouri, with its principal place of business located in Horseheads, New York.

## FACTS

6. Beginning on or about May 2012, Defendant has called Plaintiff repeatedly, leaving a voice message each time. Defendant has made at least ten calls thus far.

7. All of Defendant's calls were made to Plaintiff's cellular phone, and he was charged for those calls.

8. Defendant's messages were pre-recorded. They begin in the form of a robotic voice and end with a female voice.

9. Defendant's messages state that they are meant for "Kimberly Carter".

10. Plaintiff is not related by blood or marriage to "Kimberly Carter", and she is not a member of Plaintiff's household.

11. All calls Defendant made to Plaintiff were from Defendant's automatic telephone dialing system, as defined by 47 USC 227(a)(1).

12. Defendant's automatic telephone dialing system has the capacity to store, generate, and call telephone numbers and that system does in fact store and dial Plaintiff's cellular phone number.

13. Defendant knows or should know that it is calling Plaintiff on his cell phone.

14. Plaintiff never provided consent to Defendant to be contacted on his cell phone by Defendant's autodialer.

15. Defendant's above described conduct caused Plaintiff to suffer distress and anxiety and caused Plaintiff to suffer monetary loss in at least the amount of his cellular charges.

## COUNT I: VIOLATION OF THE TCPA

2

16. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

17. In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the TCPA, *47 USC 227 et. seq.*, including, but not limited to, the following:

   a. By placing many non-emergency phone calls to Plaintiff's cellular phone without express authorized consent of Plaintiff. 47 USC 227(b) (1) (A) (iii).

WHEREFORE, Plaintiffs respectfully requests that judgment be entered against Defendant for:

   A. Actual damages;

   B. Statutory damages pursuant to 47 USC (b)(3); and

   C. For such other relief as the Court may deem just and proper.

EASON & VOYTAS, LLC

JAMES W. EASON, #57112
RICK A. VOYTAS, #52046
EASON & VOYTAS, LLC
1 N. Taylor Ave.
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161
rickvoytas@gmail.com

3