**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN ELSTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:12 CV 1759 CDP |
| | ) | |
| **GENERAL REVENUE CORPORATION** | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED:

**/s/ Nathan K. Bader**

NATHAN K. BADER #64707MO
RICHARD A. VOYTAS, Jr., #52046MO
JAMES W. EASON  #57112MO
Eason & Voytas, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

**CERTIFICATION**

      The below signature certifies that on February 19, 2013 the foregoing was served by operation of the Court's electronic filing system to the following counsel of record:

SPENCER FANE BRITT & BROWNE LLP

Joshua C. Dickinson
Patrick T. McLaughlin
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
(314) 863-7733 (Telephone)
(314) 862-4656 (Facsimile)
pmclaughlin@spencerfane.com
jdickinson@spencerfane.com

                                        /s/ Nathan K. Bader\_\_\_\_